IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY ALAN DRESS,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **FALLS TOWNSHIP et al.,** | : | No. 16-4918 |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 3rd day of February, 2017, upon consideration of Plaintiff's Complaint (Doc. No. 1), Defendants' Motion to Dismiss (Doc. No. 6), and Plaintiff's Opposition (Doc. No. 10), it is **hereby ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. No. 6) is **GRANTED**;

2. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiff may file an amended complaint on or before February 24, 2017.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge