IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY ALAN DRESS, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FALLS TOWNSHIP et al., | : | No. 16-4918 |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 18th day of May, 2017, upon consideration of Plaintiff's Amended Complaint (Doc. No. 13), Defendants' Motion to Dismiss (Doc. No. 17), Plaintiff's Opposition (Doc. No. 19), and after oral argument held on May 2, 2017, it is **hereby ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. No. 17) is **GRANTED**;

2. Plaintiff's Amended Complaint (Doc. No. 13) is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1